UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 454 (KPF) |
| SHARON HATCHER, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On April 5, 2020, Defendant Sharon Hatcher submitted a letter motion seeking compassionate release under 18 U.S.C. § 3582(c)(1)(A), due to the ongoing COVID-19 pandemic.  a(Dkt. #204).  On April 8, 2020, the Government submitted its opposition to Defendant's motion.  (Dkt #208).  On April 8, 2020, the Court entered an Order requiring that the parties submit supplemental letters addressing certain specified issues.  (Dkt. #209).  The Government submitted its supplemental letter on April 11, 2020.  (Dkt. #215).  Defendant submitted her supplemental letter on April 13, 2020.  (Dkt. #218).  On April 16, 2020, the Court held a telephonic hearing during which it heard from the parties and rendered an oral decision on Defendant's motion. For the reasons given on the record during the telephonic hearing, Defendant's motion is DENIED. The Clerk of Court is directed to terminate the motions at docket entries 204 and 218.

SO ORDERED.

Dated: April 16, 2020
       New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge