UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SHARON HATCHER,<br><br>               Defendant. | 18 Cr. 454 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Defendant's June 3, 2020 letter motion for compassionate release. (Dkt. #250). The Government shall file its response papers on or before June 10, 2020. Defendant may file a reply in further support of her motion on or before June 17, 2020.

      SO ORDERED.

Dated: June 3, 2020
       New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge