LAW OFFICES OF
# STEPHEN TURANO



sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

August 22, 2020

By ECF

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Hatcher
                  Case No. 18 Cr. 454 (KPF)

Dear Judge Failla:

      As Your Honor is aware, I represented Sharon Hatcher on the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Ms. Hatcher was sentenced by the Court on March 4, 2020.

      I write to request that I be re-appointed *nunc pro tunc* to March 31, 2020, so that I may submit a CJA voucher for the work performed in connection with Ms. Hatcher's submissions to both the Bureau of Prisons and the Court for compassionate release. *See*, *e.g.*, ECF #s 204, 218, 250, and 258.

      I thank the Court for its attention to this matter.

                                          Respectfully,

                                          /s/ *Stephen Turano*

                                          Stephen Turano

cc: All Parties (via ECF)

```
Application GRANTED.

Dated:   August 24, 2020
         New York, New York
```

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE